No. 02–1580. VIETH ET AL. *v.* JUBELIRER, PRESIDENT OF THE PENNSYLVANIA SENATE, ET AL. Appeal from D. C. M. D. Pa. Probable jurisdiction noted.

No. 02–458. RAYMOND B. YATES, M. D., P. C. PROFIT SHARING PLAN ET AL. *v.* HENDON, TRUSTEE. C. A. 6th Cir. Certiorari granted.

No. 02–857. HOUSEHOLD CREDIT SERVICES, INC., ET AL. *v.* PFENNIG. C. A. 6th Cir. Certiorari granted.

No. 02–1377. DOE *v.* CHAO, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari granted.

No. 02–626. SOUTH FLORIDA WATER MANAGEMENT DISTRICT *v.* MICCOSUKEE TRIBE OF INDIANS ET AL. C. A. 11th Cir. Motions of Pacific Legal Foundation, Lake Worth Drainage District et al., Florida Fruit and Vegetable Association et al., National Water Resources Association et al., and City of New York et al. for leave to file briefs as *amici curiae* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 02–117. MINNESOTA *v.* MARTIN, GUARDIAN AD LITEM FOR HOFF. Sup. Ct. Minn. Certiorari denied.

No. 02–197. MONSANTO CO. *v.* BAYER CROPSCIENCE, S. A. C. A. Fed. Cir. Certiorari denied.

No. 02–429. DETHMERS MANUFACTURING CO., INC. *v.* AUTOMATIC EQUIPMENT MANUFACTURING CO. C. A. Fed. Cir. Certiorari denied.